UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA O.,<br><br>                      Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                      Defendant. | Case No.:  20cv759-LL<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF No. 12]** |

On October 15, 2020, the parties filed a joint motion for voluntary remand of the above-entitled action pursuant to sentence four of 42 U.S.C. § 405(g) and to enter final judgment in favor of Plaintiff. ECF No. 12. The parties request that the Court remand this case back to the Social Security Administration for further proceedings. Id. at 2. Specifically, the parties state the following:

> Upon remand to the agency, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to make reasonable attempts to obtain evidence pertinent to the case; reevaluate the medical opinions and prior administrative findings; and reevaluate Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

Id.

Based on the parties' joint motion, and for good cause shown, the Court **GRANTS** the joint motion and **REMANDS** the above-entitled action to the Commissioner of Social Security for further administrative proceedings consistent with the terms set forth in the parties' joint motion for voluntary remand. The Court **DIRECTS** the Clerk of Court to enter final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED**.

Dated:  October 19, 2020

Honorable Linda Lopez
United States Magistrate Judge